# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN LAZAR** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 24-907 |
| | : | |
| **CITY OF PHILADELPHIA, ET AL.** | : | |

## ORDER

This 21st day of March, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motions to Dismiss, ECF 38 and 44, are **GRANTED in part** and **DENIED in part** as follows:

1. Plaintiff's Fourteenth Amendment malicious prosecution claim is **DISMISSED**.

2. Plaintiff's claims against Defendants Williams, Verrecchio, Singleton, and Wilkins are **DISMISSED**. The Clerk of Court is **REQUESTED** to mark these Defendants as terminated.

3. Plaintiff's coercion claim against Defendant Weaver is **DISMISSED**.

4. The remaining Defendants shall answer the Complaint within 45 days.

   /s/ Gerald Austin McHugh
United States District Judge